SANDRA K. MCBETH (SBN 138697)
2236 S. Broadway, Suite J
Santa Maria, CA 93454
(805) 922-0313

Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**NORTHERN DIVISION**

| | |
|---|---|
| In re:<br><br>JANET DELZEIT<br><br>Debtor. | Case No.: 9:09-BK-10090 RR<br><br>Chapter 7<br><br>**NOTICE OF UNCLAIMED DIVIDEND(S)**<br><br>[FRBP 3011] |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. 10117 in the sum of $2,681.41 representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es) and amount(s) to be paid to each person entitled to said unclaimed dividend(s) is attached.

Dated: January 3, 2011

SANDRA K. McBETH
Chapter 7 Trustee

| Creditor Name and Address | | Amount |
|---|---|---|
| PYOD LLC as assignee of<br>Citibank Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603 | | $565.07 |
| Christa Berban<br>483 S. Evergreen Dr<br>Ventura, CA 93003 | | $2,116.34 |
| | **TOTAL** | $2,681.41 |



THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

THE BANK OF NEW YORK MELLON
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

VOID AFTER 90 DAYS

10117
60-249 / 433

| Case | Debtor |
| --- | --- |
| 9:09-BK-10090 RR | DELZELL, JANET LYNN |
| 920009533069966 | |
| Deposit of unclaimed funds | |

TID #007780
SANDRA K. MCBETH
2236 S. Broadway
Suite J
Santa Maria CA 93454

Date 01/03/2011

$ *******2,681.41

~~~Two Thousand Six Hundred Eighty-One Dollars and 41/100

Pay to the order of
U.S. Bankruptcy Court
1415 State Street
Santa Barbara CA 93101

SANDRA K. MCBETH, Trustee

⑈00010117⑈ ⑆043302493⑆920009533069966⑈
~~~

| In re: Delzeit Debtor(s). | CHAPTER 7<br>CASE NUMBER 9:09-bk-10090 |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category **I**. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**2236 S. Broadway, Suite J, Santa Maria, CA**

A true and correct copy of the foregoing document described **NOTICE OF UNCLAIMED DIVIDEND(S)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On January 3, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

United States Trustee (ND) ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on____________________ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/3/11 | Donna Hall-Earnest | |
|---|---|---|
| *Date* | *Type Name* | *Signature* |